IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL E. PARRIS,** | CIV S-08-0316 WBS DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before June 9, 2008.

DATED: May 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
par0316.eot11