UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SAMUEL E. PARRIS,

        Petitioner,

v.

D. K. SISTO,

        Respondent.

NO. CIV. S-08-0316 WBS DAD P

<u>ORDER ISSUING A CERTIFICATE OF APPEALABILITY</u>

----oo0oo----

        Defendant Samuel E. Parris seeks to appeal from this court's order of March 3, 2009, dismissing his petition under 28 U.S.C. § 2254 upon the ground that it was not filed within the applicable one year period of limitations. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28

U.S.C. § 2253(c)(3).

Petitioner has made a sufficient showing to justify issuance of a certificate of appealability on the issue of whether he is entitled to equitable tolling.

IT IS THEREFORE ORDERED that a certificate of appealability is hereby issued.

DATED: March 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE